AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Janae Fields

                Plaintiff,

v.

Summit Receivables, LLC

                Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-02075-APG-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of plaintiff Janae Fields and against defendant Summit Receivables, LLC in the amount of $4,878.00 ($1,000.00 in statutory damages, $3,825 in attorney's fees, and $53.00 in nontaxable costs).

4/15/2020
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk